**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus Octavio CAZAREZ–CASTRO, Defendant—Appellant.**

No. 06–10200.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2007.*

Filed July 16, 2007.

John Zachary Boyle, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. Macpherson, Esq., The Macpherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

## MEMORANDUM **

Jesus Octavio Cazarez–Castro appeals from his guilty-plea conviction and 42–month sentence imposed for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cazarez–Castro's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Cazarez–Castro has filed a pro se supplemental brief to which the government has not filed a response.

Because our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Cazarez–Castro waived his right to appeal, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw, contained in the *Anders* brief, is **GRANTED.**

**DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.